## UNITED STATES
### v.
## WILLIAM WATSON, ABRAHAM GEEL, DAVID ROBISON, THOMAS McCLURE, HUGH R. MARTIN, AUGUSTIN LONGDON AND CHARLES CURRY

### 1808

## Journal Entries

1. Nolle prosequi; discharge . . . . . . . *Journal, infra,* *p. 177

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . *Printed in Vol. 2*
2. Capias and return . . . . . . . . . . .      "
3. Subpoena for James Dodemead, James Heward and
   Joseph Watson . . . . . . . . . . .      "